MICHELE BECKWITH
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:24-po-00125-JDP |
| Plaintiff, | ) [~~Proposed~~] ORDER TO DISMISS |
| v. | ) |
| ANDREA C. SANCHEZ, | ) DATE: February 18, 2025 |
| | ) TIME:  2:00 p.m. |
| Defendant. | ) JUDGE: Honorable Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:24-po-00125-JDP is GRANTED.

It is further ordered that the status hearing scheduled for February 18, 2025, is VACATED.

IT IS SO ORDERED.

Dated: February 6, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE